**824 DETROIT & BIRMINGHAM PLANK ROAD CO. vs. CIRCUIT JUDGE** (Wayne), No. 13793; 97 M., 583; 98 M., 141.

To vacate an order modifying a temporary injunction, restraining an electric railway company from constructing an electric railway upon relators' road.

Order to show cause granted October 25, 1891, together with a restraining order pending the hearing.

Relator subsequently applied for an order for contempt against the Detroit Citizens' Street Railway Co. et al., for the violation of the restraining order. Respondents were discharged upon the hearing November 14, 1893, on the ground that the injunction did not cover the operation or repair of a track heretofore built or repairs made necessary by repaving.

Writ denied December 13, 1893, with costs.

**825 E. T. BARNUM WIRE & IRON WORKS vs. CIRCUIT JUDGE** (Wayne), 59 M., 272.

To vacate an order made restraining relator from trying an attachment suit, pending in the Superior Court of Detroit, in favor of an alleged creditor of relators, commenced prior to relators' assignment of its property for the benefit of its creditors.

Granted January 20, 1886.

**826 JOACHIMSTAHL vs. CIRCUIT JUDGE** (Wayne), No. 12296.

To vacate injunction restraining proceedings to recover possession of certain premises.

Denied November 13, 1891, with costs.